■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL RODRIGUEZ, Appellant. [704 NYS2d 822] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Friedman, J.), rendered March 17, 1997, convicting him of criminal possession of a controlled substance in the seventh degree and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the late disclosure to the defense counsel of certain material pursuant to *People v Rosario* (9 NY2d 286), did not amount to a total failure to disclose the material (*see, People v Ranghelle,* 69 NY2d 56; *People v Perez,* 65 NY2d 154). Since the defendant failed to demonstrate substantial prejudice from the delay, reversal of the conviction is not warranted (*see, People v Banch,* 80 NY2d 610; *People v Ranghelle, supra*).

The defendant's contention that his sentence was illegal is academic in light of the defendant's completion of his sentence (*see, People v Young,* 253 AD2d 676; *People v Waddy,* 240 AD2d 521).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, are without merit. Thompson, J. P., Sullivan, Krausman and Smith, JJ., concur.